

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ALEX MONTELONGO, | § | No. 08-18-00094-CR |
|  | § | Appeal from the |
| Appellant, |  |  |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20070D01175) |

**O R D E R**

On August 6, 2018, H. Davidson Smith III, Appellant's retained attorney, filed a motion to withdraw as counsel. However, before the Court considers the motion it will be necessary for the trial court to conduct a hearing.

Therefore, it is ORDERED that the trial court conduct a hearing to determine if the appellant has retained new counsel or is entitled to court-appointed counsel. The trial court shall forward its order and/or findings to the District Clerk of El Paso County on or before August 26, 2018. The District Clerk shall prepare a supplemental clerk's record containing the trial court's order and or findings on or before September 5, 2018. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before September 5, 2018.

IT IS SO ORDERED this 6th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.